UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT NAVARRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. STCLAIR, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00524-SKO (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS OFFICIAL-CAPACITY CLAIMS**<br><br>14-DAY DEADLINE<br><br>Clerk of the Court to assign a District Judge |

On August 14, 2020, the Court screened Plaintiff's first amended complaint and found that it states cognizable claims of deliberate indifference against the defendants in their individual capacities, but not in their official capacities. (Doc. 10.) The Court therefore directed Plaintiff to file a second amended complaint curing the deficiencies in his pleading or to notify the Court that he wishes to proceed only on his individual-capacity claims. (*Id.* at 1, 4.)

On August 26, 2020, Plaintiff filed a notice that he wishes to "proceed on the cognizable claims against the named defendants in their 'individual capacities'" and to "dismiss[] his official capacity claims." (Doc. 11.) Accordingly, and for the reasons set forth in the Court's screening order (Doc. 10), the Court RECOMMENDS that Plaintiff's official-capacity claims be DISMISSED. The Court DIRECTS the Clerk of the Court to assign a district judge to this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days of

the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:     **August 28, 2020**                    /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE

2