# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT NAVARRO,<br><br>  Plaintiff,<br><br>v.<br><br>J. ST. CLAIR, et al.,<br><br>  Defendants. | Case No. 1:20-cv-00524-NONE-SKO (PC)<br><br>**ORDER ON STIPULATION TO MODIFY DISCOVERY AND SCHEDULING ORDER** |

Upon consideration of the parties' stipulation (Doc. 32), the Court finds good cause to modify the discovery and scheduling order (Doc. 31). Accordingly, the Court ORDERS:

1. The deadline for completing all discovery, including filing motions to compel, is extended to December 27, 2021; and,
2. The deadline for filing pretrial dispositive motions is extended to February 25, 2022.

All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:  **October 21, 2021**          /s/ *Sheila K. Oberto*
                    UNITED STATES MAGISTRATE JUDGE