UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT NAVARRO,<br><br>              Plaintiff,<br><br>        v.<br><br>J. ST. CLAIR, et al.,<br><br>              Defendants. | Case No. 1:20-cv-00524-JLT-SKO (PC)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>**21-DAY DEADLINE** |

On February 25, 2022, Defendants filed a motion for summary judgment on the grounds that there is no genuine dispute of material fact, and thus Defendants are entitled to judgment as a matter of law. (Doc. 38.) Pursuant to Local Rule 230(l), Plaintiff had 21 days to file an opposition or a statement of non-opposition to the motion. To date, Plaintiff has failed to do so.[1]

Accordingly, the Court ORDERS Plaintiff, **within 21 days**, to show cause in writing why this action should not be dismissed for his failure to prosecute. Alternatively, within that same time, Plaintiff may file an opposition *or* a statement of non-opposition to Defendants' motion for summary judgment.

//

//

---

[1] Following the filing of Defendants' motion for summary judgment, on March 3, 2022, Plaintiff filed a Notice of Change of Address, indicating he had been released from custody and was residing in Santa Maria, California. (Doc. 41.) The notice was dated and signed on February 28, 2022. (*Id*.)

**Failure to comply with this order will result in a recommendation that this case be dismissed with prejudice for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **April 7, 2022**                                        /s/ *Sheila K. Oberto*                   
                                                                         UNITED STATES MAGISTRATE JUDGE